# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOEL KOENKE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-4731** |
| **v.** | : | |
| | : | |
| **SAINT JOSEPH'S UNIVERSITY** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 8th day of January 2021, upon consideration of Defendant's *motion to dismiss*, [ECF 5], Plaintiff's response thereto, [ECF 8], Defendant's reply, [ECF 11], the amicus brief in support of Plaintiff's response, [ECF 16], Defendant's response thereto, [ECF 19], the parties' notices of supplemental authority and responses thereto, [ECF 20, 21, 24, 27, 28, 31], and the allegations in the complaint, [ECF 1], it is hereby **ORDERED,** for the reasons set forth in the accompanying Memorandum Opinion, that Defendant's motion is **GRANTED**.  Accordingly, all the claims asserted in Plaintiff's complaint against Defendant are **DISMISSED**.  The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*