United States District Court
Eastern District of Pennsylvania
File Number 2:19-cv-04731

Noel Koenke,
*Plaintiff,*

v.

Saint Joseph's University,
*Defendant*

Notice of Appeal

      Notice is hereby given that Noel Koenke, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from final judgment, and from the Memorandum Opinion and Order granting Defendant's motion to dismiss and dismissing the claims asserted in Plaintiff's Complaint, entered in this action on the 8th day of January, 2021 (ECF Nos. 35-36). Plaintiff appeals the District Court's application of the ministerial exception, to the claims of a minister for hostile work environment/harassment, non-tangible employment action, and constructive discharge, based on sex, such as the claims stated by Plaintiff. Plaintiff does not appeal the portion of the District Court's ruling that Title IX's prohibition on discrimination on the basis of sex extends to discrimination on the basis of sexual orientation.

Respectfully submitted,

THE LAW OFFICES OF ERIC A. SHORE, P.C.

DATED: 01/11/2021

*/s/ Justin F. Robinette, Esquire*
JUSTIN F. ROBINETTE, ESQUIRE
Attorney I.D. No. 319829
Two Penn Center
1500 JFK Boulevard, Suite 1240
Philadelphia, PA 19102
Phone: (215) 944-6121
Fax: (215) 944-6124
JustinR@EricShore.com

*Attorney for Plaintiff, Noel Koenke*

## CERTIFICATE OF SERVICE

I, JUSTIN F. ROBINETTE, ESQUIRE, Attorney for Plaintiff, Noel Koenke, do hereby certify that on this 11th day of JANUARY, 2021, I caused a true and correct copy of the foregoing Notice of Appeal to be filed electronically with the District Court, and served upon the following, on the date set forth below:

### *VIA ECF NOTIFICATION & E-MAIL*

Kristine Grady Derewicz, Esquire
Mark Esterow, Esquire
Littler Mendelson, P.C.,
1601 Cherry Street, Suite 1400,
Philadelphia, PA 19102-1321,
E-mail: kderewicz@littler.com,
mesterow@littler.com

*Attorneys for Defendant, Saint Joseph's University;*

Professor Leslie C. Griffin,
University of Nevada, Boyd School of Law,
4505 S. Maryland Parkway,
Las Vegas, NV 89154
E-mail: leslie.griffin@unlv.edu,

*Counsel for Amici Curiae*

Respectfully submitted,

**THE LAW OFFICES OF ERIC A. SHORE, P.C.**

DATED: 01/11/2021

*/s/ Justin F. Robinette, Esquire*
JUSTIN F. ROBINETTE, ESQUIRE
Attorney I.D. No. 319829
Two Penn Center
1500 JFK Boulevard, Suite 1240
Philadelphia, PA 19102
Phone: (215) 944-6121
Fax: (215) 944-6124
JustinR@EricShore.com

*Attorney for Plaintiff, Noel Koenke*